

# Fourth Court of Appeals
## San Antonio, Texas

July 8, 2019

No. 04-18-00397-CV

**MPII, INC.** D/B/A Mission Park Funeral Chapels and Cemeteries,
Appellant

v.

Timothy **MOTT** and Sharlotte Mott,
Appellees

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2016CI00572
Honorable Norma Gonzales, Judge Presiding

# O R D E R

On July 2, 2019, the appellant MPII, Inc. d/b/a Mission Park Funeral Chapels and Cemeteries and appellees Timothy and Sharlotte Mott filed a "Joint Motion to Abate Appeal Pending Mediation" requesting this court to abate this appeal pending mediation scheduled for August 13, 2019. After consideration, we **GRANT** the parties' joint motion and abate the appeal pending a mediator's report. We further **ORDER** the parties to file a status update with the mediator's report with the outcome of the mediation **on or before September 13, 2019**.

Entered on this 8th day of July, 2019.

**PER CURIAM**

Attested to: _____
Keith E. Hottle
Clerk of Court